# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2007

134385

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MATTHEW CHAPMAN,
           Plaintiff-Appellant,

v

PHIL'S COUNTY LINE SERVICE, INC.,
PHILIP LODHOLTZ, and COUNTY
LINE TOWING,
           Defendants-Not Participating,

and

OSCEOLA COUNTY and MARK WARREN
COOL,
           Defendants-Appellees,

and

DEPARTMENT OF TRANSPORTATION,
           Defendant.

SC: 134385
COA: 269150
Osceola CC: 03-009803-NI

_____/

      On order of the Court, the application for leave to appeal the April 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk

s0926